## 36545. BASHLOR v. GRIFFIN.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

SUBMITTED AUGUST 8, 1980 — DECIDED SEPTEMBER 10, 1980.

*Clark Smith,* for appellant.

*Andrew J. Ryan, III, District Attorney, Robert M. Hitch, III, Assistant District Attorney, Arthur K. Bolton, Attorney General,* for appellee.